# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIN PRODUCTIONS PTE. LTD.,<br>    Plaintiff,<br><br>          v.<br><br>FIREFORGE, INC., et al.,<br>    Defendants. | SACV 14-941 DSF (SSx)<br><br>JUDGMENT |

    The Court having granted a motion to voluntarily dismiss the case under Rule 41(a)(2),

    IT IS ORDERED AND ADJUDGED that Plaintiff takes nothing and that the action be dismissed without prejudice.

Date:  January 30, 2019

                                                        Dale S. Fischer<br>
                                                        United States District Judge